IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPECIALTY SURFACES INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> DELUXE ATHLETICS, LLC, and PAULDING COUNTY SCHOOL DISTRICT <br><br> Defendants. | Civil Action No. 1:15cv00292-LMM <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Specialty Surfaces International, Inc. and Defendant Deluxe Athletics, LLC through its undersigned counsel, hereby stipulate to the dismissal of all claims in this action with prejudice subject to the terms and conditions of the Settlement Agreement between the parties to this Stipulation with an effective date of May 11, 2015, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 13th day of May, 2015.

| | |
|---|---|
| /s/ John P. Fry | /s/ Ronald T. Coleman , Jr. |
| John P. Fry | Ronald T. Coleman , Jr. |
| Georgia Bar No. 278705 | Georgia Bar No. 177655 |
| Morris, Manning & Martin LLP | Tiffany R. Johnson |
| 3343 Peachtree Road, N.E., Suite 1600 | Georgia Bar No. 638051 |
| 1600 Atlanta Financial Center | PARKER, HUDSON, RAINER & |
| Atlanta, GA  30326-1044 | DOBBS, LLP |
| (404) 233-7000 (telephone) | 1500 Marquis Two Tower |
| (404) 365-9532 (facsimile) | 285 Peachtree Center Avenue, N.E. |
| jfry@mmmlaw.com | Atlanta, GA 30303 |
| | 404-523-5300 |
| *Attorneys for Plaintiff* | 404-522-8409 (fax) |
| | |
| | *Attorneys for Defendant Deluxe Athletics, LLC* |

9426431 v1

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| SPECIALTY SURFACES INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> DELUXE ATHLETICS, LLC, and PAULDING COUNTY SCHOOL DISTRICT <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:15cv00292-LMM <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2015 a true and correct copy of the foregoing document was caused to be filed electronically via CM/ECF in the United States District Court for the Northern District of Georgia.

/s/ John P. Fry
John P. Fry

9426431 v1